FILED

UNITED STATES DISTRICT COURT 2013 FEB 28 P 12: 54

NORTHERN DISTRICT OF CALIFORNIA RD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**WHA**

IN THE MATTER OF

Richard A. DeSantis - #030473

**CV 13-80 039 MISC**
Case Number:

)
)
)
)
)
)
)
)

**ORDER TO SHOW CAUSE RE
SUSPENSION FROM MEMBERSHIP
IN GOOD STANDING OF THE BAR
OF THE COURT**

TO:  Richard A. DeSantis

You are enrolled as a member of the bar of the Northern District of California. Notice has been received

by the Chief Judge of the United States District Court for the Northern District of California that your

status as a member of the State Bar of California has been modified as follows:

Enrolled as an inactive member pursuant to Section 6233 of the Business and Professions Code and

may not practice law while so enrolled effective January 4, 2013.

Effective the date of this order, your membership in the bar of this Court is **suspended on an interim**

**basis** pursuant to Civil Local Rule 11-7(b)(1). **On or before April 10, 2013,** you may file a response to

this Order meeting the requirements of Civil Local Rule 11-7(b)(2), which may be viewed on the Court's

website at cand.uscourts.gov. If you fail to file a timely and adequate response to this Order, you will be

suspended from membership without further notice.

If you are disbarred, suspended or placed on disciplinary probation by this Court and are later

restored to active membership in the State Bar of California, you may apply for reinstatement pursuant to

Civil Local Rule 11-7(b)(3). The Clerk shall close this file on or after April 10, 2013, absent further order

of this Court.

IT IS SO ORDERED.

Dated:  FEB 2 5 2013

WILLIAM ALSUP
United States District Judge

*Form updated July 2012*