IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

No. C 13-80039 WHA

IN THE MATTER OF

Richard A. DeSantis – #030473

**ORDER OF SUSPENSION**

    Because Richard DeSantis has failed to respond to the order to show cause, Mr. DeSantis's membership in the bar of this Court is hereby **SUSPENDED**.

**IT IS SO ORDERED.**

Dated:   April 23, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE